EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> María J. Deliz Terrón | 2006 TSPR 91 <br><br> 168 DPR _____ |

Número del Caso: AB-2005-138

Fecha: 25 de mayo de 2006

Abogado de la Parte Peticionaria:

Por Derecho Propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

*María J. Deliz Terrón*                    AB-2006-44


RESOLUCION

San Juan, Puerto Rico, a 25 de mayo de 2006

   Examinada la Moción urgente en relación con Opinión *Per* Curiam y Sentencia decretando suspensión inmediata e indefinida, se reinstala a la Lcda. María J. Deliz Terrón al ejercicio de la profesión efectivo el 17 de junio de 2006. Se le concede un término de quince (15) días, contados a partir de la notificación de esta Resolución, para contestar la queja presentada en su contra.

   Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton no intervino.


                    Aida Ileana Oquendo Graulau
                    Secretaria del Tribunal Supremo